IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBERT ELWELL, | § | |
| | § | |
| Plaintiff Below, | § | No. 237, 2014 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| THRIFT DRUG, INC., d/b/a | § | in and for New Castle County |
| RITE AID, | § | C.A. No. N12-C-05-013 JAP |
| | § | |
| Defendant Below, | § | |
| Appellee. | | |

Submitted: March 4, 2015
Decided: March 9, 2015

Before **STRINE**, Chief Justice, **HOLLAND**, and **VALIHURA**, Justices.

## ORDER

This 9th day of March 2015, upon consideration of this matter after oral argument and on the briefs filed by the parties, the Court has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its bench ruling dated March 4, 2014.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

_____
Justice